AO 245H (Rev. 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002; BJS 01/2006)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | **(Short Form)** |
| JEFFREY C. BOYKIN | CASE NUMBER:  CR12-5432 |
| | John Carpenter |
| | _Defendant's Attorney_ |

■ **THE DEFENDANT** pleaded guilty to ~~count(s)~~ a single-count misdemeanor Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| RCW 46.20.342(1)(b) | Driving while license suspended in the second degree | May 3, 2012 | I |

☐  Count(s) _____ ☐ is  ☐ are   dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By: |
|---|---|---|---|---|
| $225 | $200 | $25 | $ | 9 months |

Defendant's SSN:  **XXX-XX-5984**
(Last 4 digits only)
Defendant's DOB:  **XX-XX-1979**

Defendant's USM No.: _____

_Special Assistant United States Attorney_

25 November 2013
Date of Imposition of Judgment

_Signature of Judicial Officer_

Hon. Brian Tsuchida
United States Magistrate Judge (Add Name of Judicial Officer)

25 November 2013
Date

_Defendant's Signature_

13-CR-05432-JGM